

United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BARBARA GARCIA § | |
| § | CIVIL ACTION NO. B-03-117 |
| VS. § | |
| § | JURY DEMANDED |
| ALLSTATE PROPERTY AND § | |
| CASUALTY INSURANCE COMPANY § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Allstate Property and Casualty Insurance Company, Defendant herein, and files this list of individual or entities having a financial interest in this litigation as directed by the Court's Order, a copy of which was received less than 15 days ago:

**Plaintiff:**

Barbara Garcia

**Attorney in Charge:**

Mr. Paul A. Higdon
STERN, MILLER & HIGDON
5821 Southwest Freeway, Suite 501
Houston, TX 77057

**Defendant:**

Allstate Property and Casualty Insurance Company
227 N. Loop 1604 East, Ste. 200
San Antonio, TX 78232

**Attorneys in Charge:**

Mr. Jeffrey D. Roerig
Ms. Rosemary Conrad-Sandoval
ROERIG, OLIVEIRA & FISHER, L.L.P.
506 E. Dove
McAllen, TX 78504

    Respectfully submitted,

    ROERIG, OLIVEIRA & FISHER, L.L.P.
    506 East Dove
    McAllen, Texas 78504
    (956) 631-8049
    (956) 631-8141 (Fax)

    _____
    JEFFREY D. ROERIG
    State Bar No.: 17161700
    Federal Bar No.: 1503
    ROSEMARY CONRAD-SANDOVAL
    State Bar No.: 04709300
    Federal No. 13738

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing has been mailed to the Attorney for Plaintiff, as follows:

Mr. Paul A. Higdon
STERN, MILLER & HIGDON
5821 Southwest Freeway, Suite 501
Houston, TX   77057
**VIA CMRRR 7160 3901 9844 1941 8988**

on this 3rd day of July, 2003.

    _____
    JEFFREY D. ROERIG

## ROERIG, OLIVEIRA & FISHER, L.L.P.
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| Jeffrey D. Roerig++ | Cameron County Office | Adolph Guerra, Jr.† |
| Rene O. Oliveira | 855 West Price Road - Suite 9 | D. Alan Erwin, Jr. |
| W. Michael Fisher | Brownsville, Texas 78520-8786 | Michael A. Zanca* |
| Ricardo Morado | Tel. 956 542-5666   Fax 956 542-0016 | Rosemary Conrad-Sandoval* |
| Crisanta Guerra Lozano | | Lucila Alvarado* |
| Elizabeth G. Neally | *Hidalgo County Office | Jesus Quezada, Jr. |
| Victor V. Vicinaiz*† | 506 East Dove | Adrian R. Martinez* |
| David G. Oliveira | McAllen, Texas 78504 | Liza M. Vasquez* |
| | Tel. 956 631-8049   Fax 956 631-8141 | |

†Board Certified -
  Personal Injury Trial Law
  Texas Board of Legal Specialization

*Board Certified -
  Civil Trial Law
  Texas Board of Legal Specialization

July 3, 2003

File No.:
23,673

Mr. Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 East Harrison
Brownsville, Texas  78520

  Re: Civil Action No. B-03-117
     *Barbara Garcia and Ashley Rodriguez v. Allstate*
     *Property and Casualty Insurance Company*

Dear Mr. Milby:

  In reference to the above-styled civil action, enclosed find the original and two copies of Defendant's Certificate of Interested Persons.

  By copy of this letter, the above Certificate has been forwarded to the Attorney for Plaintiff in this matter.

  Thank you for your assistance in this matter.

            Very truly yours,

            ROERIG, OLIVEIRA & FISHER, L.L.P.

            By *[signature]*
               Jeffrey D. Roerig

JDR/rom
Enclosures
cc: Mr. Paul A. Higdon - CM/RRR 7160 3901 9844 1941 8988