IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BARBARA GARCIA AND ASHLEY RODRIGUEZ § § § | |
| VS. § § | CAUSE NO. B-03-117 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY § § | JURY DEMANDED |

## PLAINTIFFS' CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The following is a list of all persons and entities known to counsel to have a financial interest in the outcome of this litigation on all sides of the case, whether represented by this counsel or not:

1. Plaintiffs, Barbara Garcia and Ashley Rodriguez
   C/o Paul Higdon
   Stern, Miller & Higdon
   5821 SW Freeway, Suite 501
   Houston, TX 77057
   713-661-9900

2. Defendant, Allstate Property and Casualty Insurance Company
   C/o Jeffrey D. Roerig
   Roerig, Oliveira & Fisher, L.L.P.
   506 East Dove
   McAllen, TX 78504
   956-631-8049

Respectfully submitted,

STERN, MILLER & HIGDON

*Paul Higdon/RG*
PAUL HIGDON
SBN: 09590700
5821 Southwest Freeway, Suite 501
Houston, TX 77057
713/661-9900
713/666-5922 Facsimile

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by telephonic document transfer, messenger, hand delivery, express delivery, or certified mail, return receipt requested, on this the 9th day of July, 2003.

*Paul Higdon
PAUL HIGDON

\* Signed w/permission, Nancy Garcia