IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BARBARA GARCIA AND ASHLEY RODRIGUEZ | § § § | |
| VS. | § § | CAUSE NO. B-03-117 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | § § § | JURY DEMANDED |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PLAINTIFFS, BARBARA GARCIA AND ASHLEY RODRIGUEZ, and files this their Motion For Leave to Amend Complaint, and would show the Court the following:

I.

The injuries and damages suffered by Plaintiffs, BARBARA GARCIA AND ASHLEY RODRIGUEZ which forms the basis of this lawsuit, arose out of an occurrence on or about March 18, 2002, in Harlingen, Cameron County, Texas. Plaintiffs BARBARA GARCIA AND ASHLEY RODRIGUEZ were involved in an incident which occurred in Harlingen, Cameron County, Texas. At the time in question, Plaintiffs, BARBARA GARCIA AND ASHLEY RODRIGUEZ, sustained serious and disabling injuries when they were suddenly, violently, and without warning hit by a motor vehicle driven by YVETTE GARCIA, and owned by ANITA GARCIA, causing the Plaintiffs' injuries and damages complained of herein.

II.

Plaintiffs seek to add YVETTE GARCIA and ANITA GARCIA as Defendants to this

case.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court grant Plaintiffs' Motion for Leave to Amend Complaint, and for such other relief, whether it be special or general that Plaintiffs might show entitled to.

Respectfully submitted,

STERN, MILLER & HIGDON

\# *Paul Higdon/NG*
PAUL HIGDON
TBA# 09590700
5821 Southwest Freeway, Suite 501
Houston, Texas 77057
(713) 661-9900
(713) 666-5922 fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

Defendants' counsel has been unavailable to reach regarding filing of this motion.

\# *Paul Higdon/NG*
PAUL HIGDON

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in this matter by certified mail, return receipt requested, facsimile and/or by hand-delivery on this the 8th day of August, 2003.

*Paul Higdon/NG*
PAUL HIGDON

\# signed w/permission, Nancy Garcia