United States District Court
Southern District of Texas
FILED

AUG 14 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BARBARA GARCIA AND ASHLEY RODRIGUEZ | § § § | CIVIL ACTION NO. B-03-117 |
| VS. | § § § | JURY DEMANDED |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | § § | |

**JOINT DISCOVERY / CASE MANAGEMENT PLAN**
**Under Rule 26(f) Federal Rules of Civil Procedure**

1. **State when and where the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.**

   Counsel conferred by telephone on August 13, 2003.

2. **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

   None.

3. **Briefly describe what this case is about.**

   This is a claim for negligence as to Defendant drivers and a claim for breach of insurance contract and violation of the Texas Insurance Code and breach of duty of good faith and fair dealing as to Allstate.

4. **Specify the allegation of federal jurisdiction.**

   Diversity.

5. **Name the parties who disagree and the reasons.**

   None.

6. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   Plaintiff anticipates including Yvette Garcia and Anita Garcia as additional parties.

7. **List anticipated interventions.**

   None.

8. **Describe class-action issues.**

   None.

9. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   Initial Disclosures will be exchanged by September 15, 2003.

10. **Describe the proposed agreed discovery plan, including:**

    A. **Responses to all the matters raised in Rule 26(f).**

       None.

    B. **When and to whom the Plaintiff anticipates it may send interrogatories.**

       Plaintiff anticipates sending Interrogatories Defendant within 60 days of the Scheduling Conference.

    C. **When and to whom the Defendant anticipates it may send interrogatories.**

       Defendant will send Interrogatories and Request for Production to Plaintiff by September 15, 2003.

  D. **Of whom and by when the Plaintiff anticipates taking oral depositions.**

    Plaintiff anticipates taking Defendants, employees and/or corporate representative, Plaintiffs treating doctors, medical experts, expert witnesses, Defendant experts, liability experts and its Plaintiffs health care providers.

  E. **Of whom and by when the Defendant anticipates taking oral depositions.**

    Defendant anticipates taking Plaintiffs deposition and any witnesses and experts as identified by Plaintiff.

  F. **When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.**

    Plaintiff anticipates designating experts within 6 months. Defendant anticipates designating experts within 30 days of Plaintiffs designation.

  G. **List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

    Plaintiff anticipates taking Defendants, employees and/or corporate representative, Plaintiffs treating doctors, medical experts, expert witnesses, Defendant experts, liability experts and Plaintiffs health care providers.

  H. **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

    Defendant will take the deposition of Plaintiffs experts within 30 days of receiving their reports.

**11.** **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

  Not applicable.

C:\WINDOWS\Temporary Internet Files\OLK7001\23673.Rule.26(f).wpd
**Page 3**

12. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    None at this time.

13. **State the date the planned discovery can reasonably be completed.**

    6-9 months

14. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    The parties discussed mediation and/or arbitration.

15. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    The parties are discussing mediation and/or arbitration.

16. **From the attorneys' discussions with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    The parties have discussed mediation and/or arbitration.

17. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    Not agreed to at this time.

18. **State whether a jury demand has been made and if it was made on time.**

    Yes.

19. **Specify the number of hours it will take to present the evidence in this case.**

    Plaintiff – 12
    Defendant– 8

20. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

       Defendant's Motion to Sever and Abate
       Plaintiffs' Motion for Leave to File Amended Complaint.

21. **List other motions pending.**

    None.

22. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    None.

23. **Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested parties listing the date of filing for original and any amendments.**

    Defendant filed its Disclosure of Interested Parties on July 3, 2003.
    Plaintiffs filed their Disclosure of Interested Parties on July 14, 2003.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

**Counsel of Plaintiffs:**
**Barbara Garcia and**
**Ashley Rodriguez**

Mr. Paul A. Higdon
STERN, MILLER & HIGDON
5821 Southwest Freeway, Suite 501
Houston, TX   77057
(713) 661-9900
(713) 666-5922 Facsimile

_____
PAUL A. HIGDON
State Bar No.09590700

**Counsel for Defendant:**
**Allstate Insurance Company**

ROERIG, OLIVEIRA & FISHER, L.L.P.
506 East Dove
McAllen, Texas 78504
(956) 631-8049
(956) 631-8141 (Fax)

_____
JEFFREY D. ROERIG
State Bar No.: 17161700
Federal Bar No.: 1503
ROSEMARY CONRAD-SANDOVAL
State Bar No.: 04709300
Federal Bar No.: 13738