United States District Court
Southern District of Texas
FILED

AUG 2 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BARBARA GARCIA AND ASHLEY RODRIGUEZ | § § § | |
| VS. | § § | CAUSE NO. B-03-117 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ET AL | § § § | JURY DEMANDED |

**AGREED MOTION TO CONTINUE ORDER FOR CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PLAINTIFFS, BARBARA GARCIA AND ASHLEY RODRIGUEZ, and files this Agreed Motion To Continue Order for Conference, and would show the Court the following:

I.

The injuries and damages suffered by Plaintiffs, BARBARA GARCIA AND ASHLEY RODRIGUEZ which forms the basis of this lawsuit, arose out of an auto accident on or about March 18, 2002 in Harlingen, Cameron County, Texas caused by defendants.

II.

Plaintiff wants to reset the Order for Conference currently scheduled in this case at Monday, August 25, 2003 at 2 p.m. Plaintiffs' attorney, Paul Higdon is scheduled for trial Monday, August 25, 2003 at 9 a.m. in *No. 2002-52679; Phetsamay Inthisone, a/n/f of Ricky Inthisone, A Minor Child v. Frank Price, et al; In the 133rd Judicial District Court of Harris County, Texas;* and is also set for hearing in a Motion for Summary Judgment in the 234th District Court of Harris County Texas at 10:30 a.m. Monday.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Court grant Agreed Motion To Continue Order for Conference, and for

such other relief, whether it be special or general that Plaintiffs might show entitled to.

Respectfully submitted,

STERN, MILLER & HIGDON

_____
PAUL HIGDON
TBA# 09590700
5821 Southwest Freeway, Suite 501
Houston, Texas 77057
(713) 661-9900
(713) 666-5922 fax

**ATTORNEYS FOR PLAINTIFFS**

ROERIG, OLIVEIRA & FISHER, L.L.P.

*Rosemary Conrad-Sandoval* *
_____
JEFFREY D. ROERIG
SBN: 17161700
ROSEMARY CONRAD-SANDOVAL
SBN: 04709300
506 East Dove
McAllen, TX 78504
956-631-8049
956-631-8141 Fax

**ATTORNEYS FOR DEFENDANT
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY**

*Signed with permission, Nancy Garcia

### CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in this matter by certified mail, return receipt requested, facsimile and/or by hand-delivery on this the 21st day of August, 2003.

_____
PAUL HIGDON

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BARBARA GARCIA AND<br>ASHLEY RODRIGUEZ | §<br>§<br>§ | |
| VS. | § <br>§ | CAUSE NO. B-03-117 |
| ALLSTATE PROPERTY AND CASUALTY<br>INSURANCE COMPANY, ET AL | §<br>§ | JURY DEMANDED |

**ORDER**

BE IT REMEMBERED that on this day of came on to be heard Agreed Motion To Continue Order For Conference, and having been presented to the Court and appearing that such Motion should be GRANTED, it is hereby,

ORDERED, that the Order for Conference has been reset for _____.

SIGNED this ___ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE