IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

BARBARA GARCIA AND § 
ASHLEY RODRIGUEZ § 
 § 
VS. § CAUSE NO. B-03-117
 § 
ALLSTATE PROPERTY AND CASUALTY § JURY DEMANDED
INSURANCE COMPANY, ET AL § 

**ORDER**

BE IT REMEMBERED that on this day of came on to be heard Agreed Motion To Continue Order For Conference, and having been presented to the Court and appearing that such Motion should be GRANTED, it is hereby,

ORDERED, that the Order for Conference has been reset for September 15, 2003 @ 3:00 pm.

SIGNED this 22nd day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE

3