## Civil Courtroom Minutes

| | | |
|---|---|---|
| JUDGE | Hilda G. Tagle | United States District Court<br>Southern District of Texas<br>FILED<br>SEP 15 2003<br>Michael N. Milby, Clerk of Court |
| CASE MANAGER | Stella Cavazos | |
| LAW CLERK | ■ Nicolas   ☐ Levesque | |
| DATE | 9 / 15 / 03 | |
| TIME | a.m. / 4:15 p.m. — a.m. / 4:34 p.m. | |
| CIVIL ACTION | B / 03 / 117 | |
| STYLE | BARBARA GARCIA, ET AL.<br>*versus*<br>ALLSTATE PROPERTY AND CAS. INS. CO. | |

**DOCKET ENTRY**

(HGT) ■ Initial Pretrial Conference (Rptr. Heather Hall )

Paul Higdon        for    ■ Ptf. # _____    ☐ Deft. # _____

Jeffrey Roerig     for    ☐ Ptf. # _____    ■ Deft. # _____

1. Motion for Leave to Amend [Dkt. No. 7] is **GRANTED**.
2. Motion to Sever and Abate [Dkt. No. 6] is **GRANTED**.
3. The Court questioned the attorneys regarding the facts of this case.
4. Plaintiff intends to file a motion to remand based on the amended complaint adding non-diverse Defendants.