| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

BARBARA GARCIA AND § 
ASHLEY RODRIGUEZ

vs. § Civil Action No. B- 03-117

ALLSTATE PROPERTY AND §
CASUALTY INSURANCE COMPANY

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:    __12/1/2003__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __2/2/2004__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:    __6/1/2004__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:    __7/1/2004__

7. Joint pretrial order is due:    __9/20/2004__

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __10/5/2004__

9. Jury Selection is set for 9:00 a.m. on:    __10/7/2004__
   *(The case will remain on standby until tried)*

Signed __October 15__, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge