Summons In a Civil Action

| ANITA GARCIA | RETURN OF SERVICE  CAB-03-117 |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE 10-20-2003 |
| Name of Server (PRINT) MARILYN STROUD | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1902 Ridley, Donna, TX 78537

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

United States District Court
Southern District of Texas
FILED

OCT 29 2003

Michael N. Milby
Clerk of Court

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information containted in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-14-2003        *Marilyn Stroud*
                    DATE                    SIGNATURE OF SERVER

Mission, Texas 78574
ADDRESS OF SERVER

As to who may serve a summons see Rule 4 of the Civil Procedure.

# AFFIDAVIT OF SERVICE

### State of Texas

Southern District Of Texas                United States District Court

Cause No: B-03-117                        Brownsville Division

Plaintiff: Barbara Garcia And Ashley Rodriguez vs. Defendant: Allstate Property And Casualty Insurance Company, Et. Al.

Name of person/entity being served: Anita Garcia

I, MARILYN STROUD, hereby swear and affirm the following is true and correct. I am above the age of eighteen years, I am legally competent to make this affidavit. I, pursuant to order of the Court did serve the original citation attached hereto, with the following document(s) attached:

1) PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

on the person names therein, by personally delivering the same to him/her on the 14th day of October, 2003 and I state that the statements contained on the citation on file herein on the officer's return is true in all things asserted therein.

_____
MARILYN STROUD

SWORN AND SUBSCRIBED to, before me, on this the 15th day of October, 2003.

JESSE GUTIERREZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 12-18-2006

_____
NOTARY PUBLIC
STATE OF TEXAS

(POP revised 5-11-02)