Summons In a Civil Action

| Yvette Garcia | RETURN OF SERVICE | CA B-03-117 |
|---|---|---|
| Service of the Summons and Complaint was made by me¹ | | DATE 10-23-03 |
| Name of Server (PRINT) MARILYN STROUD | TITLE | |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Circle K 102 W. Expressway 83 Weslaco, Tx

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

United States District Court
Southern District of Texas
FILED

OCT 29 2003

Michael N. Milby
Clerk of Court

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information containted in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-24-2003    Marilyn Stroud
DATE                      SIGNATURE OF SERVER

Mission, Tx
ADDRESS OF SERVER

As to who may serve a summons see Rule 4 of the Civil Procedure.

# AFFIDAVIT OF SERVICE

## State of Texas

Southern District Of Texas           United States District Court

Cause No: B-03-117                   Brownsville Division

Plaintiff: Barbara Garcia And Ashley Rodriguez vs. Defendant: Allstate Property And Casualty Insurance Company, Et. Al.

Name of person/entity being served: Yvette Garcia

I, MARILYN STROUD, hereby swear and affirm the following is true and correct. I am above the age of eighteen years, I am legally competent to make this affidavit. I, pursuant to order of the Court did serve the original citation attached hereto, with the following document(s) attached:

1) **PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT**

on the person names therein, by personally delivering the same to him/her on the 24th day of October, 2003 and I state that the statements contained on the citation on file herein on the officer's return is true in all things asserted therein.

_____
MARILYN STROUD

SWORN AND SUBSCRIBED to, before me, on this the 24th day of October, 2003.

_____
NOTARY PUBLIC
STATE OF TEXAS

CHRISTOPHER JOHN PUTEGNAT SR.
Notary Public, State of Texas
My Commission Expires
May 17, 2005

(POP revised 5-11-02)