IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BARBARA GARCIA AND ASHLEY RODRIGUEZ | § § § | |
| VS. | § § | CAUSE NO. B-03-117 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, ET AL | § § § | JURY DEMANDED |

### PLAINTIFFS' MOTION TO REMAND
### AND MEMORANDUM IN SUPPORT OF MOTION

TO THE HONORABLE U.S. DISTRICT JUDGE:

PLAINTIFFS, BARBARA GARCIA AND ASHLEY RODRIGUEZ file this Motion to Remand under 28 U.S.C. §1447(e).

### I. INTRODUCTION

This matter was originally filed in the State District Court of Cameron County, Texas, under cause No. 2003-05-2724-E. Thereafter, defendant Allstate timely removed this matter from the State District Court to this Court.

On August 8, 2003, Plaintiffs sought to join non diverse defendants by virtue of filing a Motion for Leave to Amend their Complaint, which motion was granted by this Court. Plaintiffs thereafter joined Yvette Garcia and Anita Garcia as defendants in this matter, both of whom are residents of the state of Texas.

### II.

Plaintiffs now move this Court to remand this matter to the State District Court from which it arose. This motion is filed pursuant to 28 U.S.C. section 1447(e). That statute provides as follows:

> (e) If after removal the plaintiff seeks to join additional defendants whose

joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court.

III.

During the scheduling conference in this case, this Court granted Plaintiffs Motion for Leave to Amend Complaint and permitted the joinder of the two resident defendants. Accordingly, diversity jurisdiction no longer exists in this matter, and it should be remanded to the State District Court pursuant to 28 U.S.C. section 1447 (e).

## CONCLUSION

Wherefore, Plaintiffs, Barbara Garcia and Ashley Rodriguez pray that this matter be remanded to the State District Court, and that they be given such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

STERN, MILLER & HIGDON

_____
PAUL A. HIGDON
Federal ID: 18794
SBN: 09590700
5821 Southwest Freeway, Suite 501
Houston, TX 77057
713/661-9900
713/666-5922 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Defense counsel for Allstate is opposed to filing of this motion.

Defendants, Anita Garcia and Yvette Garcia could not be reached.

_____
PAUL HIGDON

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in this matter by certified mail, return receipt requested, facsimile and/or by hand-delivery on this the _10th_ day of December, 2003.

_____
PAUL HIGDON