IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BARBARA GARCIA AND ASHLEY RODRIGUEZ | § § § | |
| VS. | § § | CAUSE NO. B-03-117 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | § § § | JURY DEMANDED |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES/EXPERT REPORTS**

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW, PLAINTIFFS, BARBARA GARCIA AND ASHLEY RODRIGUEZ and designates the following expert witnesses/reports:

Records custodian for
Officer J.D. Cavazos
Harlingen Police Department

Officer J.D. Cavazos
Harlingen Police Department
1102 South Commerce
P O Box 1631
Harlingen, TX 78550
956-427-8787

Officer Cavazos is the police officer who investigated the accident made the basis of this lawsuit. He will testify as to his findings and conclusions based on his investigation, accident reconstruction, comparative negligence, and any other matter related to the accident. In addition, Officer Cavazos and/or the custodian of records for the Harlingen Police Department will prove up records.

Medical records custodian
Billing records custodian for
Emergency personnel
South Texas Emergency Care Foundation

Emergency personnel
South Texas Emergency Care Foundation
P O Box 533668
1705 Vermont
Harlingen, TX 78553

956-364-2711

They will testify as to the treatment of the Plaintiff at the scene of the accident. Plaintiff incorporates the medical and billing records and deposition testimony, if any, as said experts' reports and into this answer as if recited verbatim.

Medical records custodian
Billing records custodian for
Dr. Michael Mohun
Valley Baptist Medical Center

Dr. Michael Mohun
Valley Baptist Medical Center
P O Drawer 2588
Harlingen, TX 78551
888-240-7178

Dr. Mohun is an expert in the field of medicine and will testify as to the bodily injury and physical damages Plaintiff has sustained and may sustain in the future as a result of the accident made the basis of this suit, examinations, diagnostic tests, diagnosis, treatment, prognosis of Plaintiff's medical condition, as well as the necessary, customary, and reasonable medical bills incurred and those that may be incurred in the future and will prove up his records.*

Medical records custodian
Billing records custodian for
EMCARE-Har Emerg Physicians

EMCARE-Har Emerg Physicians
P O Box 13826
Philadelphia, PA 19101-3826
800-355-2470

The custodian of records/patient account manager will prove up records and testify as to the reasonable and necessary medical charges incurred and to be incurred by Plaintiff which are related to the accident made the basis of this suit.

Medical records custodian
Billing records custodian for
Valley Radiologists & Associates

Valley Radiologists & Associates
1620 N Ed Carey Drive
P O Box 2918
Harlingen, TX 78550
956-423-3335

2

The custodian of records/patient account manager will prove up records and testify as to the reasonable and necessary medical charges incurred and to be incurred by Plaintiff which are related to the accident made the basis of this suit.

Medical records custodian
Billing records custodian for
Dr. Wendy Ormsby
Valley Family Health Clinic

Dr. Wendy Ormsby
Valley Family Health Clinic
2480 W. 77 Highway #2
San Benito, TX 78586
956-361-0212

Dr. Ormsby is an expert in the field of medicine and will testify as to the bodily injury and physical damages Plaintiff has sustained and may sustain in the future as a result of the accident made the basis of this suit, examinations, diagnostic tests, diagnosis, treatment, prognosis of Plaintiff's medical condition, as well as the necessary, customary, and reasonable medical bills incurred and those that may be incurred in the future and will prove up his records.*

Medical records custodian
Billing records custodian for
Dr. Eduardo Atkinson
San Benito Medical Associates, Inc.

Dr. Eduardo Atkinson
San Benito Medical Associates, Inc.
351 N. Sam Houston
San Benito, TX 78586
956-399-2443

Dr. Atkinson is an expert in the field of medicine and will testify as to the bodily injury and physical damages Plaintiff has sustained and may sustain in the future as a result of the accident made the basis of this suit, examinations, diagnostic tests, diagnosis, treatment, prognosis of Plaintiff's medical condition, as well as the necessary, customary, and reasonable medical bills incurred and those that may be incurred in the future and will prove up his records.*

Medical records custodian
Billing records custodian for
Dr. Glenn Gallemore
Valley Eye Center, P.A.

Dr. Glenn Gallemore

Valley Eye Center, P.A.
1205 Ed Carey Drive
Harlingen, TX 78550
956-423-2100

Dr. Gallemore is an expert in the field of medicine and will testify as to the bodily injury and physical damages Plaintiff has sustained and may sustain in the future as a result of the accident made the basis of this suit, examinations, diagnostic tests, diagnosis, treatment, prognosis of Plaintiff's medical condition, as well as the necessary, customary, and reasonable medical bills incurred and those that may be incurred in the future and will prove up his records.*

Medical records custodian
Billing records custodian for
Walgreens

Walgreens
1406 E. Harrison Street
Harlingen, TX

The custodian of records/patient account manager will prove up records and testify as to the reasonable and necessary medical charges incurred and to be incurred by Plaintiff which are related to the accident made the basis of this suit.

*Plaintiff incorporates the medical records and deposition testimony, if any, as said experts' reports. Based upon our information, defendants have received copies of these bills and records from the subpoena service and through discovery. If this is not the case, these documents are available for inspection and copying at the defendant's expense, during normal business hours of Paul Higdon, 5821 Southwest Freeway, Suite 501, Houston, TX 77057, 713/661-9900. Plaintiff incorporates said report, medical records and deposition testimony, if any, into this answer as if recited verbatim. In addition, the custodian of records/patient account manager will prove up records and testify as to the reasonable and necessary medical charges incurred and to be incurred by Plaintiff which are related to the accident made the basis of this suit.

    Additionally, Plaintiffs reserve the right to call at trial any of the following experts:

a.    Any, expert which has been or will be named by any party in any answer to interrogatory;

b.    Any expert whose name appears on any document which has been or will be produced by any party in any response to request for production;

c.    Any expert whose name is reflected in any document which has been or will be obtained through the use of medical authorization;

d.  Any expert whose name is reflected in any document which has been or will be submitted to the Court by Affidavit;

e.  Any expert whose name is reflected in any document which has been or will be subpoenaed by any party;

f.  Any expert whose name appears in the transcript of any deposition taken in this matter;

g.  Any expert who is deposed in this lawsuit;

h.  Any expert whose name is reflected in any document which has been or will be attached to the transcript of any deposition;

i.  All other persons listed on answers to interrogatories filed by any party; and

j.  All persons designated by any other party herein.

*"In the event there are other witnesses to be called at the trial, their names, addresses and the subject of their testimony shall be reported to the opposing counsel as soon as they are known. This restriction shall not apply to rebuttal or impeaching witnesses, the necessity of whose testimony cannot be anticipated before the time of trial."*

Respectfully submitted,

**STERN, MILLER & HIGDON**

*X Paul Higdon /06*
**PAUL A. HIGDON**
Federal ID:   8794
SBN: 09590700
5821 Southwest Freeway, Suite 501
Houston, TX 77057
713/661-9900
713/666-5922 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record in this matter by certified mail, return receipt requested, facsimile and/or by hand-delivery on this the 30th day of January, 2004.

*Paul Higdon/ng*
**PAUL HIGDON**

\* Signed w/ permission, Nancy Garcia



**Doctors**

# CURRICULUM VITAE

## Glenn L. Gallemore, M.D.

Medical Ophthalmology

**EDUCATION**

| | |
|---|---|
| 1960 - 1964 | University of New Mexico, Albuquerque, New Mexico<br>B.S. Degree with a major in Biology and a minor in Chemistry. |
| 1964 - 1965 | University of New Mexico Graduate School - studied genetics and statistics |
| 1965 - 1969 | University of New Mexico School of Medicine,<br>Albuquerque, New Mexico<br>M.D. Degree |
| 1969 - 1970 | University of Oklahoma, Oklahoma City, Oklahoma<br>One year general internship with a two-month rotation in ophthalmology. |
| 1970 - 1972 | U.S. Army, Fort Lewis, Washington<br>Served as a General Medical Officer<br>One year spent in a medical clinic for troops, second year in charge of thirty doctors for the Fort Lewis Dispensary System during the Vietnam War. |
| 1972 - 1976 | Mayo Clinic, Rochester, Minnesota<br>Ophthalmology Residency<br>After completion of residency program secured a three and one-half month rotation in Nigeria, Africa sponsored by the Guiness Foundation. Faculty members from the University of London. Performed clinical work and surgery in 1,000-bed hospital which dedicated 50 beds to ophthalmology. Accomplished a large range of surgical procedures plus experience with tropical diseases such as onchocerciasis. |
| 1976 | Certified by the American Board of Ophthalmology |
| 1976 - 1981 | Solo practice in Grants Pass, Oregon<br>On the staff of Southern Oregon General Hospital. Practiced as a general ophthalmologist doing medical ophthalmology, cataract surgery, muscle surgery, lid and trauma surgery and glaucoma procedures. |
| 1981 - 1994 | Solo practice in Farmington, New Mexico<br>Practiced general ophthalmology which included pediatrics, small incision cataract surgery with phaco, muscle surgery, some oculo-plastic surgery, some glaucoma procedures, and trauma surgery. Because of close proximity to the Navajo Reservation where diabetes if rampant, performed many panretinal photocoagulation cases. Did YAG capsulotomies, peripheral iridotomies, and membranectomies. Chief of Department of Surgery for one year at San Juan Regional Medical Center. |
| 1994 - 1996 | Medical Ophthalmologist in a three-man eye clinic with a high surgical volume in cataract surgery but also some RK procedures. Saw 40 - 60 patients per day on average at the main office and at satellite clinics. Was responsible for all medical ophthalmology cases, most of the pre-op evaluations, and post-op care. Performed minor in-office surgical procedures. Performed many YAG and argon laser procedures. |

| | |
|---|---|
| 1995 | Passed the SPEC examination which is a requirement for permanent licensure in the state of Texas. |
| 1996 - 1999 | Medical Ophthalmologist in a two-man ophthalmology clinic. Practice has a high surgical volume in cataract and refractive surgery including LASIK. Provide all aspects of medical ophthalmology including minor in-office surgical procedures and laser procedures. |
| 1999 - 2000 | Medical Ophthalmologist in a two-man group providing a variety of services. |

**PROFESSIONAL AFFILIATIONS**

American Medical Association

American Academy of Ophthalmology

New Mexico State Ophthalmological Society (1981 - 1994)

San Juan County Medical Society of New Mexico (1981 - 1994)

Texas Medical Association

**LICENSES**

| | |
|---|---|
| New Mexico | Current |
| Oklahoma | Internship |
| Oregon | Practice |
| Washington | Army |
| Minnesota | Residency |
| Texas | Current |



0005723